USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/19/2025____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re Rikers West Facility Coordinated Cases

*This filing relates to*:
Coordinated Case 25 Civ. 4535

25 Civ. 4535 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiff Mark Russell's motion for a temporary restraining order.  *See* Mot., ECF No. 31 in 25 Civ. 4535.  Accordingly:

1. By **December 3, 2025**, Defendant shall respond to the motion.
2. By **December 8, 2025**, Plaintiff Mark Russell shall file his reply, if any.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated:  November 19, 2025
         New York, New York

ANALISA TORRES
United States District Judge