USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _1/15/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re Rikers West Facility Coordinated Cases

25 Civ. 4535 (AT)

**ORDER**

*This filing relates to*:
Coordinated Case 25 Civ. 4535

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff Mark Russell's submissions at ECF Nos. 56–60 in 25 Civ. 4535.  The Court will construe Plaintiff's submissions as supplemental submissions in support of his motion for a temporary restraining order.  *See* Mot., ECF No. 31 in 25 Civ. 4535. The Court does not require additional briefing from the parties on the motion and will issue an order in due course.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff *pro se*.

SO ORDERED.

Dated:  January 15, 2026
         New York, New York

ANALISA TORRES
United States District Judge