USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 10/06/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In Re Rikers West Facility Coordinated Cases**

*This filing relates to*: 25-CV-4535; 25-CV-4537; 25-CV-4538; 25-CV-4540; 25-CV-4723; 25-CV-4732; 25-CV-4735; 25-CV-5168; and 25-CV-5997.

25-CV-4535 (AT) (BCM)
25-CV-4537 (AT) (BCM)
25-CV-4538 (AT) (BCM)
25-CV-4540 (AT) (BCM)
25-CV-4723 (AT) (BCM)
25-CV-4732 (AT) (BCM)
25-CV-4735 (AT) (BCM)
25-CV-5168 (AT) (BCM)
25-CV-5997 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Clerk of Court is directed to (1) update the below dockets with each plaintiff's updated address; and (2) re-serve the District Judge's September 28, 2026 Order and the Clerk's Judgment (if any; specific docket numbers included below) on each plaintiff at the updated address.

**Addresses for Re-Service of District Judge's September 28, 2026 Order**[1]

| Plaintiff | Case No. | Dkt. to be Re-Served | Address |
|---|---|---|---|
| Mark Russell | 25-CV-4535 | Dkt. 93 | Mark Russell<br>DIN: 26R1423<br>Mid-State Correctional Facility<br>9005 Old River Road<br>P. O. Box 2500<br>Marcy, NY 13403-0216 |
| Sheldon Williams | 25-CV-4537 | Dkt. 39 | Sheldon Williams<br>DIN: 26R2560<br>Ulster Correctional Faciltiy<br>750 Berme Road<br>P.O. Box 800<br>Napanoch, NY 12458-0800 |
| Kevin Figueroa | 25-CV-4538 | Dkts. 38, 39 | Kevin Figueroa<br>DIN: 26R2306<br>Wyoming Correctional Facility |

[1] All addresses taken from DOC Person in Custody Lookup, https://a073-ils-web.nyc.gov/inmatelookup/pages/home/home.jsf (last visited Oct. 6, 2026), or NYSDOCCS Incarcerated Lookup, https://nysdoccslookup.doccs.ny.gov/ (last visited Oct. 6, 2026), unless otherwise noted.

| | | | |
|---|---|---|---|
| | | | 3203 Dunbar Road<br>P.O. Box 501<br>Attica, NY 14011-0501 |
| Anjelu Sajetta | 25-CV-4540 | Dkt. 49 | Anjelu Sajetta<br>DIN: 26B2532<br>Cape Vincent Correctional Facility<br>36560 State Route 12E<br>P.O. Box 739<br>Cape Vincent, NY 13618-0599[2] |
| Tyise Garrett | 25-CV-4723 | Dkts. 41, 42 | Tyise Garrett<br>DIN: 25R3624<br>Otisville Correctional Facility<br>57 Sanitorium Road<br>Otisville, NY 10963-0008 |
| Shawn Morris-Greene | 25-CV-4732 | Dkt. 40 | Shawn Morris-Greene<br>NYSID: 16710416R<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 |
| Larry Johnson | 25-CV-4735 | Dkts. 43, 44 | Larry Johnson<br>Phoenix House New York<br>34-25 Vernon Boulevard<br>Queens, NY 11106[3] |
| David Felix | 25-CV-5168 | Dkt. 39 | David Felix<br>NYSID: 08813304J<br>West Facility Annex<br>16-06 Hazen St.<br>East Elmhurst, NY 11370 |
| Cecil McKenzie | 25-CV-5997 | Dkt. 39 | Cecil McKenzie<br>DIN: 26B1155<br>Mohawk Correctional Facility<br>6514 Rt. 26<br>P.O. Box 8451<br>Rome, NY 13442 |

Dated: New York, New York
October 6, 2026

**SO ORDERED.**



**BARBARA MOSES**
**United States Magistrate Judge**

[2] *See* No. 25-CV-4540, Dkt. 50 (Notice of Change of Address, dated September 22, 2026).

[3] *See* No. 25-CV-4735, Dkt. 28 (letter from the City, dated December 19, 2025, notifying Court of address change).