USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 11/13/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In Re Rikers West Facility Coordinated Cases**

*This filing relates to*: 25-CV-4535 (AT) (BCM)

25-CV-4535 (AT) (BCM)

**ORDER OF SERVICE AND VALENTIN ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On November 4, 2026, in accordance with the District Judge's September 8, 2026 order (*see* Dkt. 93) and the undersigned Magistrate Judge's October 6, 2026 order (*see* Dkt. 98), plaintiff Mark Russell, a former detainee at the West Facility on Rikers Island (West Facility), timely filed an Amended Complaint (Dkt. 99). Russell is proceeding pro se and in forma pauperis. The Amended Complaint names as defendants the City of New York (City), which previously appeared; "John Doe," described as the "Commissioner" responsible for Rikers Island; Hossam Georgy, described as the Acting Commissioner; Captain Smith; C.O. Chambers; C.O. Cantos; "Maintenance/Plumbing Super"; and "E.H.S. Super." *See* Amended Complaint at ECF pp. 3, 5.

**<u>The Commissioner and the Assistant Commissioner</u>**

According to public sources, Stanley Richards is the current Commissioner of the New York City Department of Correction (DOC), and Hossam Georgy is an Assistant Commissioner of the DOC. The Clerk of Court is directed to electronically notify the DOC and the New York City Law Department (Law Department) of this order. The Court requests that Commissioner Richards and Assistant Commissioner Georgy waive service of summonses.

**<u>The Remaining Individual Defendants</u>**

The Amended Complaint provides insufficient information for the Court to direct service upon the remaining named defendants. Under *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997),

a *pro se* litigant is entitled to assistance from the district court in identifying these defendants. The Law Department, as attorney and agent for the City, must therefore assist the Court in identifying:

1. Captain Smith (male), who worked in the West Facility at some point between June 2025 and March 2026.
2. Correctional Officer Chambers (female), who worked in the West Facility mail room at some point between October 2024 and March 2026.
3. Correctional Officer Cantos (female), who worked in the West Facility mail room at some point between April 2025 and March 2026.
4. The maintenance and plumbing supervisor responsible for the West Facility between January 2025 and March 31, 2026.
5. The environmental health and safety supervisor responsible for the West Facility between January 2025 and March 31, 2026.

The Law Department is directed to provide identifying information – including each individual's full name, title, and shield # (if applicable) during the relevant time period – to plaintiff and the Court **within sixty days of the date of this Order**. If these individual defendants are current or former DOC employees, the Court requests that they waive service of summons. If they are not current or former DOC employees, the New York City Law Department must provide a residential address where they may be served, which may be filed under seal.

## Conclusion

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order and to amend the caption of this action by adding Stanley Richards, DOC Commissioner, as a defendant.

Defendants Stanley Richards and Hossam Georgy are requested to waive service of summons.

The New York City Law Department is directed to provide the information requested above concerning the remaining individual defendants within 60 days of the date of this Order, at which time the Court will direct the Clerk of Court to amend the caption of this action again to reflect the correct names of the individual defendants.

The Clerk of Court is directed to mail a copy of this Order and an information packet to plaintiff.

Dated: New York, New York
November 13, 2026

**SO ORDERED.**



**BARBARA MOSES**
**United States Magistrate Judge**